UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN INSURANCE COMPANY as subrogee of DSM HOLDING COMPANY INC.,

                Plaintiff,

against

ATLANTIC LOGISTICS SERVICES INC., LANDSTAR RANGER, INC., and ANCHOR EXPRESS LLC

                Defendants.

CIVIL ACTION NO.: 19 Civ. 05781 (ALC) (SLC)

**ORDER SCHEDULING TELEPHONE AND SETTLEMENT CONFERENCES**

**SARAH L. CAVE,** United States Magistrate Judge:

An Initial Conference was held today, March 4, 2020. The parties confirmed that they plan to consent to proceed before Magistrate Judge and will submit the appropriate form for approval by the Honorable Andrew L. Carter. The parties confirmed that Defendant Atlantic Logistics Services Inc has not appeared and will not appear in this case. Plaintiff and Defendant Anchor Express LLC plan to file a stipulation dismissing their claims and crossclaims against Defendant Atlantic Logistics Services Inc.

A Status Telephone Conference is scheduled for **Tuesday, June 9, 2020 at 10:00 am**. At the above date and time, Plaintiff's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time. By **June 2, 2020**, the parties shall file a joint status report advising as to the status of discovery, any discovery disputes that require the Court's attention, and the status of any settlement discussions.

A Settlement Conference is scheduled before the **Honorable Kevin N. Fox on Tuesday, July 7, 2020 at 10:30 am in Courtroom 228, 40 Foley Square, New York, New York.** The parties must immediately advise Judge Fox if they have a conflict and request a different date. The parties are directed to review and comply with the Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox, a copy of which is available on the Court's website at https://nysd.uscourts.gov/sites/default/files/practice_documents/KNF%20revisedsettlementnov2019a_mtd.pdf.

The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to Judge Fox of the pre-conference letters and attendance acknowledgement forms, which are to be submitted no later than three business days before the settlement conference, by **Thursday, July 2, 2020**. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

The parties are directed to file a status report after the settlement conference.

Dated:    New York, New York
          March 4, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**