UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN INSURANCE COMPANY as subrogee of DSM HOLDING COMPANY INC.,

                Plaintiff,

against

ATLANTIC LOGISTICS SERVICES INC., LANDSTAR RANGER, INC., and ANCHOR EXPRESS LLC

                Defendants.

CIVIL ACTION NO.: 19 Civ. 05781 (ALC) (SLC)

**ORDER SCHEDULING TELEPHONE AND SETTLEMENT CONFERENCES**

**SARAH L. CAVE,** United States Magistrate Judge:

A Telephone Conference was held today, June 9, 2020.  The parties were reminded to submit their consent form to proceed before a Magistrate Judge for approval by the Honorable Andrew L. Carter.  Plaintiff stated that Defendant Atlantic Logistics Services Inc. has been dismissed from the case.  The Court reminded Plaintiff to file a formal notice of dismissal on the docket.

The parties are directed to file a joint status report by **Tuesday, July 14, 2020**, advising as to the outcome of their Settlement Conference on Tuesday, July 7, 2020, before the Honorable Kevin N. Fox.

Dated:      New York, New York
              June 9, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**