UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN INSURANCE COMPANY as subrogee of DSM HOLDING COMPANY INC.,

                            Plaintiff,

  against

ATLANTIC LOGISTICS SERVICES INC., LANDSTAR RANGER, INC., and ANCHOR EXPRESS LLC

                            Defendants.

CIVIL ACTION NO.: 19 Civ. 05781 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

During the Telephone Conference held on June 9, 2020, Plaintiff, Defendant Landstar Ranger, Inc., and Defendant Anchor Express LLC (the "Conference Parties") confirmed their intention to dismiss Defendant Atlantic Logistics Services Inc. ("Atlantic") from this case and consent to Magistrate Judge jurisdiction. (See ECF No. 31). On June 10, 2020, the Conference Parties filed a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (the "Consent"). (ECF No. 32). Atlantic did not sign the Consent and has not been dismissed from the case. As a result, the Consent is not ripe for the Honorable Andrew L. Carter, Jr.'s ruling. All parties to the case must consent and Atlantic is still a party. See 28 U.S.C. § 636(c); Fed. R. Civ. P. 73. In anticipation of the dismissal and consent the Court scheduled a Settlement Conference before the Honorable Kevin N. Fox for July 7, 2020. Unless the Consent is made valid by **Tuesday, June 30, 2020**, the Settlement Conference before Judge Fox will have to be adjourned.

Accordingly, by **Tuesday, June 30, 2020**, the parties are directed to (1) complete the dismissal and consent process, or (2) file a joint letter listing dates on which they are all, Atlantic

included, available for a settlement conference in August and September before the undersigned. The letter must specify their availability on a Tuesday, Wednesday, or Thursday, for a three-hour conference beginning at 10:00 am or 2:00 pm.

Dated:   New York, New York
         June 26, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge