UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZURICH AMERICAN INSURANCE COMPANY
as subrogee of DSM HOLDING COMPANY INC.,

        Plaintiff,

    -against-

ATLANTIC LOGISTICS SERVICES INC.,
LANDSTAR  RANGER, INC. and ANCHOR
EXPRESS LLC,

        Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-5781 (ALC) (SLC)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously for July 7, 2020, is cancelled.  The parties shall confer and, thereafter, submit a joint writing to the undersigned magistrate judge proposing three dates on which all parties will be available to participate in a settlement conference.

Dated: New York, New York
       July  6, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE