UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZURICH AMERICAN INSURANCE COMPANY :
as subrogee of DSM HOLDING COMPANY INC.,
 :
       Plaintiff,
 :    **ORDER**
  -against-
 :    19-CV-5781 (SLC)
LANDSTAR RANGER, INC. and ANCHOR
EXPRESS LLC,
 :
       Defendants.
-------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously for July 7, 2020, in the above-captioned action shall be held on September 22, 2020, at 10:30 a.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. At least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York       SO ORDERED:
       July 27, 2020

                                               _Kevin Nathaniel Fox_
                                               KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE