UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY as subrogee of DSM HOLDING COMPANY INC., <br><br> Plaintiff, <br><br> against <br><br><br> ATLANTIC LOGISTICS SERVICES INC., LANDSTAR RANGER, INC., and ANCHOR EXPRESS LLC <br><br> Defendants. | CIVIL ACTION NO.: 19 Civ. 05781 (ALC) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The parties are directed to file a joint letter by **Thursday, September 10, 2020**, confirming fact discovery closed by the September 1, 2020 deadline.  (See ECF No. 42).

Dated:     New York, New York
           September 3, 2020

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge