UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN INSURANCE COMPANY as subrogee of DSM HOLDING COMPANY INC.,

                Plaintiff,

against

ATLANTIC LOGISTICS SERVICES INC., LANDSTAR RANGER, INC., and ANCHOR EXPRESS LLC

                Defendants.

CIVIL ACTION NO.: 19 Civ. 05781 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On September 22, 2020, the parties filed a letter notifying the Court of their agreement to settle. (ECF No. 47). In response, the Court terminated all remaining deadlines and conferences and directed the parties to file a Stipulation of Dismissal by Friday, October 23, 2020. (ECF No. 48). The parties have not done so. The parties are directed to file a Stipulation of Dismissal or a Joint Status Report by **Tuesday, November 10, 2020**.

Dated:     New York, New York
           October 27, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**